In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00550-CV
_____

CHERYL BROWN, Appellant

V.

DONALD FORD, Appellee

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. C-216,173

MEMORANDUM OPINION

Cheryl Brown filed a notice of appeal from the trial court's October 16, 2012 order granting bill of review in favor of Donald Ford. We notified the parties that the order referenced in the notice of appeal did not appear to be a final judgment or appealable interlocutory order and we warned the parties that unless a party desiring to continue the appeal filed a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). The time for filing a response expired but no response has been filed.

1

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order granting a bill of review that sets aside a prior judgment without disposing of the case on the merits is interlocutory in nature and is not an appealable final judgment. *Kiefer v. Touris*, 197 S.W.3d 300, 302 (Tex. 2006). Because the trial court's order granting Ford's bill of review does not dispose of all issues and parties in the case, it is not presently appealable. *Id.* We dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered January 17, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.

2